UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Sara Taylor**
    Plaintiff

v.                                  Civil Action No. <u>1:25-cv-10018-RGS</u>

**Jobble, Inc.**
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>STEARNS, D.J.</u>

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                                                        By the Court,

<u>5/8/2025</u>                                                      <u>/S/ Jacqueline Martin</u>
    Date                                                           Docket Clerk